Mark L. Javitch (Bar No. 323729)
E-mail: mark@javitchlawoffice.com
JAVITCH LAW OFFICE
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705

Attorney for Plaintiff
BRIAN SCHLESINGER, and the Putative Class

CHRISTINE M. REILLY (Bar No. CA 226388)
E-mail: CReilly@manatt.com
ANASTASIA BONDARCHUK (Bar No. CA 309091)
E-mail: ABondarchuk@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendant
SHORE FUNDING SOLUTIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN SCHLESINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHORE FUNDING SOLUTIONS INC., a New York Corporation, JOHN DOES 1-5, unknown Business entities,<br><br>Defendants. | Civil Action No.: 19-cv-05646 HSG<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND ORDER**<br><br>[PURSUANT TO L.R. 6-2]<br><br>Current CMC Date: January 21, 2020<br>Time: 2:00 p.m.<br>Location: Oakland Courthouse, Courtroom 2, Fourth Floor<br>Judge: Haywood S. Gilliam, Jr<br><br>Complaint Filed: September 8, 2019<br>Trial Date: None Set |

Plaintiff BRIAN SCHLESINGER ("Plaintiff") by and through his undersigned attorney and Defendant SHORE FUNDING SOLUTIONS ("Defendant") through its undersigned attorneys, hereby stipulate as follows:

WHEREAS, on January 3, 2020, this case was assigned to Judge Haywood S Gilliam, Jr. (Dkt. No. 19).

WHEREAS, on January 8, 2020, the Court issued a Notice Setting Case Management Conference for January 21, 2020 at 2:00 p.m., with a Case Management Statement due within four (4) court days by January 14, 2020. (Dkt. No. 20).

WHEREAS, Defendant intends to file a Motion to Transfer Plaintiff's Complaint Pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404(a) on or before February 14, 2020;

WHEREAS, because the Case Management Conference may be rendered unnecessary depending on the outcome of the motion, Plaintiff and Defendant seek a continuance of the Case Management Conference, and related deadlines, until one week after the motion is decided, or to another later date convenient to the Court.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Plaintiff and Defendant stipulate to continue the Case Management Conference until one week after Defendant's Motion to Transfer Venue is decided, or to another later date convenient to the Court.

THE PARTIES SO STIPULATE, THROUGH THEIR COUNSEL OF RECORD.

Dated: January 13, 2020    MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Mark Javitch
    Mark Javitch
    Attorneys for Plaintiff
    BRIAN SCHLESINGER

Dated: January 13, 2020    MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Anastasia Bondarchuk
    Christine M. Reilly
    Anastasia Bondarchuk
    Attorneys for Defendant
    SHORE FUNDING SOLUTIONS INC.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE;
ORDER

## ORDER

Pursuant to stipulation, and good cause showing, it is ORDERED that the Case Management Conference be continued from January __, 2020 to _____.

Dated: 1/14/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR
United [States District Judge]

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.