Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRIAN SCHLESINGER, individually<br><br>Plaintiff,<br><br>v.<br><br>SHORE FUNDING SOLUTIONS INC., et. al.<br><br>Defendants. | Case No.:  4:19-cv-05646-HSG<br><br>**STIPULATION OF DISMISSAL** |

Now Comes Plaintiff BRIAN SCHLESINGER, in his individual capacity, and Defendant SHORE FUNDING SOLUTIONS INC., by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims against Defendants, without prejudice, with each side bearing its own costs and attorney's fees.  Should no party object, the dismissal shall convert to a dismissal with prejudice on May 1, 2020.

Dated: February 14, 2020

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Mark L. Javitch |
|  | Mark L. Javitch (CA SBN 323729) |
|  | Javitch Law Office |
|  | 480 S. Ellsworth Ave. |
|  | San Mateo, CA 94401 |
|  | Telephone: 650-781-8000 |
|  | Facsimile: 650-648-0705 |
|  | mark@javitchlawoffice.com |
|  | *Attorney for Plaintiff* |
| Dated: February 14, 2020 | MANATT, PHELPS & PHILLIPS, LLP |
|  | By: /s/ Anastasia Bondarchuk |
|  | Christine M. Reilly |
|  | Anastasia Bondarchuk |
|  | Attorneys for Defendant |
|  | SHORE FUNDING SOLUTIONS INC. |

**Local Rule 5-1(i)(3) Attestation**

Although this stipulation representing more than one electronic signature is being filed under the ECF/CM login belonging solely to Mark L. Javitch, attorney for Plaintiff, Local Rule 5-1(i)(3) permits the filer to attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Therefore, in accordance with LR 5-1(i)(3), I hereby attest that I have received permission from each signatory shown in this document to use their e-signature for the purposes of filing this document.

DATED: February 14, 2020

By: /s/ Mark L. Javitch